# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT COTNER, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-17-757-M |
| WARDEN BEAR, | ) |
| Respondent. | ) |

## ORDER

On August 16, 2017, United States Magistrate Judge Gary M. Purcell issued a Supplemental Report and Recommendation in this action. The Magistrate Judge recommended that the Petition for a Writ of Habeas Corpus be dismissed upon filing as an unauthorized successive petition, as untimely, and for failure to comply with previously imposed filing restrictions. Petitioner was advised of his right to object to the Supplemental Report and Recommendation by September 5, 2017. Petitioner has filed a number of pleadings objecting to the Supplemental Report and Recommendation.

Upon de novo review, the Court:

(1) ADOPTS the Supplemental Report and Recommendation [docket no. 11] issued by the Magistrate Judge on August 16, 2017, and

(2) DISMISSES the Petition for Writ of Habeas Corpus upon filing as an unauthorized successive petition, as untimely, and for failure to comply with previously imposed filing restrictions.

**IT IS SO ORDERED this 5th day of September, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE